1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RUSSELL LEE GARNER,

           Plaintiff

    v.

STATE OF NEVADA, et al.,

           Defendants

**Case No. 2:15-cv-00516-JAD-PAL**

**Order Granting Motions to Extend
Time to Respond to Petition**

**[ECF 8, 9]**

       In this habeas matter, respondents move for an extension of their deadline to respond to the petition.  ECF 8, 9.  Good cause appearing,

       IT IS HEREBY ORDERED that respondents' motions to extend time **[ECF 8, 9] are both GRANTED.  Respondents will have until November 16, 2015, to file their response to the petition.**

       Dated this 29th day of October, 2015

                                    _____
                                    Jennifer A. Dorsey
                                    United States District Judge