# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Russell Lee Garner,<br><br>　　Petitioner<br><br>v.<br><br>State of Nevada, et al.,<br><br>　　Respondents | 2:15-cv-00516-JAD-PAL<br><br>**Order Granting Motions to Extend Time**<br><br>[ECF No. 19, 20] |

With good cause appearing and no reason for delay, IT IS HEREBY ORDERED that respondents' motion to file the answer one day late, ECF No. 19, and petitioner's motion to extend time to file a reply to respondents' answer, ECF No. 20, are both **GRANTED** *nunc pro tunc*.

Dated this 28th day of April, 2016.

_____
Jennifer A. Dorsey
United States District Judge